**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  **Case No. 3:07-cr-340-J-16JRK**

**HEDER MORALES-AGUILAR**
_____/

## ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#15) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Information is now **ACCEPTED** and the defendant, **HEDER MORALES-AGUILAR**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable Howell W. Melton is hereby **scheduled** for 10:00 a.m., on Wednesday, February 6, 2008, in Courtroom 12A, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  8th  of January, 2008.

_____
JOHN H. MOORE II
United States District Judge

Copies to:    Assistant United States Attorney (Stoddard)
              Defense Counsel - David Makofka
              United States Marshal's Service
              United States Probation
              Law Clerk, Joanne Eichelberger